UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

CROREY CREATIONS, INC.

        Plaintiff(s),                          Case No. 13-CV-10887

v.                                      Honorable Gershwin A. Drain

AMAZON.COM, INC.                  Magistrate Judge Mark A. Randon

        Defendant(s).
_____/

## ORDER REGARDING REASSIGNMENT OF COMPANION CASE

This case appears to be a companion case to Case No. **13-10183**. Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable **Terrence G. Berg** and Magistrate Judge **Mona K. Majzoub**.

                                              s/Gershwin A. Drain
                                              Gershwin A. Drain
                                              United States District Judge

                                              s/Terrence G. Berg
                                              Terrence G. Berg
                                              United States District Judge

Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
Case type: **CIVIL**

If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: **April 5, 2013**                               s/ S Schoenherr
                                                   Deputy Clerk

cc:    Parties and/or counsel of record
        Honorable Terrence G. Berg